# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEF ABDUL MAALIK EL SHABAZZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-cv-06029-SK<br><br>**JUDGMENT** |

　　It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: January 22, 2020　　　　　_____
　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE